Brenna E. Erlbaum (SBN: 296390)
Brian Heit (SBN: 302474)
**HEIT ERLBAUM, LLP**
501-I South Reino Rd #344
Newbury Park, CA 91320
Brenna.Erlbaum@HElaw.attorney
brian.heit@helaw.attorney
[phone]: (805) 231.9798
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## San Francisco

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case Number: |
| Plaintiff, | **NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT** |
| vs. | |
| JOHN DOE subscriber assigned IP address 174.62.72.81, | |
| Defendant. | |

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

HEIT ERLBAUM, LLP

 /s/ Brenna Erlbaum
BRENNA ERLBAUM, ESQ
Attorney for Plaintiff

1

Notice of Filing Rule 7.1 Disclosure Statement