# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                    Civil Action No. 3:15-cv-06061-WHA

JOHN DOE, subscriber assigned IP address
24.130.143.240,

        Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 24.130.143.240. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: December 28, 2015

                                                      Respectfully submitted,

                                                      By: /s/ *Brenna E. Erlbaum*
                                                      Brenna E. Erlbaum
                                                      Heit Erlbaum, LLP
                                                      501-I South Reino Road, #344
                                                      Newbury Park, CA 91320
                                                      Phone: 805-231-9798
                                                      Email: brenna.erlbaum@helaw.attorney
                                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 28, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Brenna E. Erlbaum*
      Brenna E. Erlbaum